# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Ernest A. Southall
*Plaintiff*

v.  Civil Action No. 3:15-cv-01266

USF Holland, Inc.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CT Corporation System (on behalf of USF Holland, Inc.)
800 Gay Street, Suite 2021
Knoxville, TN 37929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gina Crawley,
Law Office of GRC
P.O. Box 40265
Nashville, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

Date: NOV 17 2015

*Signature of Clerk or Deputy Clerk*